JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERRY, | Case No. CV 20-00548-AB (Ex) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| ARCP MT Inglewood CA LP, a Delaware Limited Partnership; and Does 1-10, | |
| Defendant. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 3, 2020                    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE